Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** George H. Lunt      **Case Number:** 10-CR-10175

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole Jr., Senior U.S. District Judge

**Date of Original Sentence:** 6/21/11

**Original Offense:** Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1) (Count 1), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count 2).

**Original Sentence:** 96 months of custody followed by 60 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 7/6/18

---

## NON-COMPLIANCE SUMMARY

**Violation Number**      **Nature of Noncompliance**

I      **Violation of Special Condition:** The defendant is prohibited from possessing a computer and/or related materials except as deemed necessary for work purposes.

On 7/31/18 while reviewing Mr. Lunt's monitored cell phone activity, this writer observed that he had visited websites which were not deemed necessary for work. Mr. Lunt later admitted to visiting a Craigslist add entitled "Men4Men."

## U.S. Probation Officer Action:

Mr. Lunt recently commenced his term of supervision. He has obtained employment at Restaurant Depot in Everett, MA and is currently working with a treatment provider to address both mental health and sexual offender treatment.

Mr. Lunt has been granted permission to obtain a monitored cell phone to assist with his job duties at Restaurant Depot and to search for other employment opportunities. It was made clear to Mr. Lunt that prior to obtaining this phone he is not visit websites except for work purposes.

Mr. Lunt admitted to briefly visiting Craigslist and a page entitled Men4Men. This writer again explained that this is against the rules and will not be permitted. A follow-up conversation was had with Mr. Lunt's treatment provider who advised that she would be clarifying expectations with Mr. Lunt and would be discussing his rules of supervision during their next meeting.

At this time, given the plan in place, no Court intervention is being requested. Mr. Lunt is aware that if further non-compliance occurs the Probation Office may revisit our position.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Jeffrey R. Smith* | */s/ Christopher Foster* |
| Jeffrey R. Smith | by  Christopher  Foster |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
|  | Date:            8/14/2018 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ X ]  Approved
[   ]  Submit a Request for Modifying the Conditions or Term of Supervision
[   ]  Submit a Request for Warrant or Summons
[   ]  Other

_____
The Honorable George A. O'Toole Jr.
Senior U.S. District Judge

_____8/17/18_____
Date